MCKOOL SMITH P.C.
Peter S. Goodman
One Bryant Park, 47th Floor
New York, NY 10036
Telephone: (212) 402-9400
Facsimile: (212) 402-9444

- and –

MCKOOL SMITH P.C.
Basil A. Umari (*pro hac vice*)
Nicholas Zugaro (*pro hac vice*)
600 Travis, Suite 7000
Houston, TX 77002
Telephone: (713) 485-7300
Facsimile: (713) 485-7344

Counsel to the Liquidating Trustee

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------x

| | | |
|---|---|---|
| <u>In</u> <u>re</u> | : | Chapter 11 Case No. |
| | : | |
| **BEARINGPOINT, INC., <u>et</u> <u>al.</u>,** | : | 09 - 10691 (REG) |
| | : | |
| **Debtors.** | : | (Jointly Administered) |
| | : | |

----------------------------------------------------------x

| | | |
|---|---|---|
| **JOHN DeGROOTE SERVICES, LLC,** | : | |
| | : | |
|     **Plaintiff** | : | |
| | : | |
| vs. | : | Adversary No. 10-03272-reg |
| | : | |
| **CARTUS CORPORATION,** | : | |
| | : | |
|     **Defendant.** | : | |

----------------------------------------------------------x

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF TEXAS         §

COUNTY OF HARRIS     §

Nancy J. Jones, being duly sworn deposes and says:

1. That deponent is not a party to this action, is over 18 years of age and is employed by the law firm of McKool Smith, P.C. with a place of business located at 600 Travis, Suite 7000, Houston, Texas 77002.

2. That on the 10th day of June 2010, I caused to be served by first class certified mail, postage prepaid, a true copy of the **Complaint to Avoid and Recover Preferential Transfers Pursuant to 11 U.S.C. §§ 547 and 550** and *Summons and Notice of Pretrial Conference in an Adversary Proceeding* upon Defendant, as follows:

> Bruce Perlman
> Cartus Corporation
> 40 Apple Ridge Road
> Danbury, CT 06810-7301
>
> Cartus Corporation
> ATTN: Registered Agent, Corporation Service Company
> 50 Weston Street
> Hartford, CT 06120

Further Affiant sayeth naught.

_____
Nancy J. Jones

Sworn to and subscribed before me on this /8 day of June 2010.

AMANDA NUGENT
Notary Public, State of Texas
My Commission Expires
March 29, 2014

_____
Notary Public, State of TEXAS