UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
:
In re : Chapter 11 Case No.
:
BEARINGPOINT, INC., et al., : 09 - 10691 (REG)
:
    Debtors. : (Jointly Administered)
:
---------------------------------------------------------------x
:
JOHN DeGROOTE SERVICES, LLC, :
:
    Plaintiff, : Adv. No. 10-03272
:
vs. :
:
CARTUS CORPORATION, :
:
    Defendant. :
---------------------------------------------------------------x

## STIPULATION

Plaintiff John DeGroote Services, LLC, in its capacity as Liquidating Trustee of the Bearing Point, Inc. Liquidating Trust (the "Liquidating Trustee"), and defendant Cartus Corporation (collectively, the "Parties"), by respective undersigned counsel, hereby stipulate and agree as follows:

1.    The date by which Cartus Corporation must answer or move in response to the Complaint filed by the Liquidating Trustee in the above-captioned adversary proceeding shall be extended to August 3, 2010.  The pretrial conference scheduled by the Court on August 4, 2010 at 9:30 a.m. will proceed as scheduled.

[SIGNATURE ON FOLLOWING PAGE]

Dated: June 22, 2010

| /s/ Basil A. Umari | /s/ Alyssa D. Englund |

| MCKOOL SMITH P.C. | ORRICK, HERRINGTON & SUTCLIFFE, LLP |
|---|---|
| Peter S. Goodman (PG-3939) | Alyssa D. Englund |
| Sachin S. Bansal (SB-0283) | Orrick, Herrington & Sutcliffe LLP |
| One Bryant Park, 47th Floor | 51 West 52nd Street |
| New York, NY 10036 | New York, NY 10019 |
| Telephone: (212) 402-9400 | Telephone: (212) 516-5187 |
| Facsimile: (212) 402-9444 | Facsimile: (212) 516-5151 |

*Counsel for Cartus Corporation*

-and-

MCKOOL SMITH P.C.
Basil A. Umari (*pro hac vice*)
Nicholas Zugaro (*pro hac vice*)
600 Travis, Suite 7000
Houston, TX 77002
Telephone: (713) 485-7300
Facsimile: (713) 485)-7344

*Counsel for the Liquidating Trustee*